IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH N. DeNARDO and SHARI DeNARDO, | : : | |
| | : | Case No. 3:23-cv-00037-KRG |
| Plaintiffs, | : : | |
| v. | : : | |
| ZIMMER, INC., ZIMMER HOLDINGS, INC., AND ZIMMER US, INC., | : : : | |
| Defendants. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiffs, Joseph N. DeNardo and Shari DeNardo ("Plaintiffs"), and defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer US, Inc. (collectively "Defendants"), by their respective counsel, stipulate that all of Plaintiffs' claims against Defendants are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

ALEX DAVIS LAW OFFICE PSC                    FAEGRE DRINKER BIDDLE & REATH LLP


By:   /s/ Alex C. Davis                         By:/s/ Sean J. Powell
Alex C. Davis                                   Sean J. Powell (Pro Hac Vice)
445 Baxter Avenue, Suite 275                    FAEGRE DRINKER BIDDLE & REATH LLP
Louisville, KY 40204                            320 South Cana Street, Suite 3300
(502) 882-6000                                  Chicago, IL 60606
                                                (312) 569-3000
C.J. Engel
LAW FIRM OF SWENSEN & PERPER                     Matthew A. Fontana
310 Grant Street, Suite 1400                     FAEGRE DRINKER BIDDLE & REATH LLP
Pittsburgh, PA 15219                             One Logan Square, Suite 2000
(412) 281-1970                                   Philadelphia, PA 19103
                                                (215) 988-2700

*Attorneys for Plaintiffs*

                                                *Attorneys for Defendants*


AND NOW, this ___1/th___
day of __December__, 20 _23_.
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE